Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−33667−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nataliya Gromov
   aka Natalie Gromov, aka Natalie Yurkina,
   aka Natasha Yurkina, aka Natasha Gromov
   7 Lakeview Drive
   Spotswood, NJ 08884

Social Security No.:
   xxx−xx−7318

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/10/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 10, 2017
JAN: kmf

                Jeanne Naughton
                Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                    Case No. 16-33667-MBK
Nataliya Gromov                                                           Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin               Page 1 of 3            Date Rcvd: Aug 10, 2017
                            Form ID: 148              Total Noticed: 91


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db           +Nataliya Gromov,    7 Lakeview Drive,    Spotswood, NJ 08884-1628
cr           +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516545325    +American Collection Systems, Inc,    Po Box 1968,   Southgate, MI 48195-0968
516545327    +Amrcn Hm Mtg,    Po B    631730,   Irving, TX 75063-0002
516545329    +Bally Total Fitness,    12440 E Imperial Hwy #30,   Norwalk, CA 90650-3178
516545330    +Ballys,    12440 E Imperial H Suite 300,    Norwalk, CA 90650-8309
516545333    +Bank Of America,    Pob 17054,   Wilmington, DE 19884-0001
516545346    +Chase Mort,    3415 Vision Dr,    Columbus, OH 43219-6009
516545352    +Citifinancia,    Po Box 22065,    Tempe, AZ 85285-2065
516545355     Dell Preference Account Payment Center,    Po Box 6403,    Carol Stream, IL   60197-6403
516545358    +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
516545361    +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
516545360    +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
516545368    +Greenpnt Mtg,    2300 Brookstone Ce,    Columbus, GA 31904-4500
516545369     Home Depot Ceredit Services,    Po Box 689100,    Des Moines, IA 50368-9100
516545370     Horizon Blue Cross Blue Shield Of Nj,    P.O. Box 420,    Newark, NJ  07101-0420
516545379    +Manalapan Medical Center,    345 Route 9 South, Suite 8,    Manalapan, NJ 07726-3240
516545381    +New Millennium Bank,    57 Livingston Ave,    New Brunswick, NJ 08901-2573
516545382     Nj St Collec (original Creditor:med,    2227 Us Highway On Suite 306,
               North Brunswic, NJ  08902
516545383     Odx Pathology Services,    46 Jackson Drive,    Cranford, NJ  07016-3504
516545387    +Quest Diagnostic Inc,    Po Box 64196,    Baltimore, MD 21264-0001
516545393    +Solomon & Solomon, PC,    5 Columbia Circle,    Albany, NY 12203-6374
516625645    +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516650282    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
516545396    +Trust Co Nj,    35 Journal Square,    Jersey City, NJ 07306-4007
516545400    +Wshngtn Mutl,    7757 Bayberry Rd,    Jacksonville, FL 32256-6816
516545335     bank of new york mellon,    225 Liberty St,    New York, NY  10281-1048
516545384     parker mccay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
516545392    +selip & stylianou llp,    10 Forest Ave,    Paramus, NJ 07652-5238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2017 23:09:22      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2017 23:09:18      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516576887     EDI: GMACFS.COM Aug 10 2017 22:53:00       Ally Financial,   PO Box 130424,
               Roseville MN 55113-0004
516729801     EDI: BECKLEE.COM Aug 10 2017 22:53:00       American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516762676     EDI: AIS.COM Aug 10 2017 22:53:00       American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK  73124-8838
516545326    +EDI: AMEREXPR.COM Aug 10 2017 22:53:00       Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
516545334     EDI: BANKAMER.COM Aug 10 2017 22:53:00       Bank Of America,   Po Box 15019,
               Wilmington, DE  19886-5019
516545337     EDI: BANKAMER.COM Aug 10 2017 22:53:00       Bk Of Amer,   4161 Piedmont Pkwy,
               Greensboro, NC  27410
516545328    +EDI: BANKAMER.COM Aug 10 2017 22:53:00       Bac Home Loans Servici,    450 American St,
               Simi Valley, CA 93065-6285
516545332    +EDI: BANKAMER2.COM Aug 10 2017 22:53:00       Bank Of America,   Po Box 17054,
               Wilmington, DE 19850-7054
516545331    +EDI: BANKAMER2.COM Aug 10 2017 22:53:00       Bank Of America,   Po Box 1598,
               Norfolk, VA 23501-1598
516545336     EDI: TSYS2.COM Aug 10 2017 22:53:00       Barclay card,   PO Box 13337,
               Philadelphia, PA  19101-3337
516545338     EDI: BANKAMER.COM Aug 10 2017 22:53:00       Bk Of Amer,   4060 Ogletown/stan De5-019-03-07,
               Newark, DE  19713
516545397     EDI: CHASE.COM Aug 10 2017 22:53:00       Washington Mutual Fa,    Po Box 1093,
               Northridge, CA  91328
516545347     EDI: CHRYSLER.COM Aug 10 2017 22:53:00       Chrysler Financial,    5225 Crooks Rd Ste 140,
               Troy, MI  48098
516545348     EDI: CHRYSLER.COM Aug 10 2017 22:53:00       Chryslr Fin,   P.o. Box 9223,
               Farmington Hil, MI  48333
516545339     EDI: CAPITALONE.COM Aug 10 2017 22:53:00       Capital One,   PO Box 71083,
               Charlotte, NC  28272-1083
516693548     EDI: BL-BECKET.COM Aug 10 2017 22:53:00       Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516545340     EDI: RMSC.COM Aug 10 2017 22:53:00       Care/gemb,   Po Box 981439,   El Paso, TX  79998-1439
516545341    +EDI: CHASE.COM Aug 10 2017 22:53:00       Chase,   800 Brooksedge Blv,
               Westerville, OH 43081-2822
```

```
District/off: 0312-3          User: admin                    Page 2 of 3                  Date Rcvd: Aug 10, 2017
                              Form ID: 148                   Total Noticed: 91


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516545343         EDI: CHASE.COM Aug 10 2017 22:53:00      Chase,    Po Box 15153,    Wilmington, DE  19886-5153
516545342        +EDI: CHASE.COM Aug 10 2017 22:53:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516545344        +EDI: CAUT.COM Aug 10 2017 22:53:00       Chase Auto,    14800 Frye Road,
                  Fort Worth, TX 76155-2732
516545345        +EDI: CHASE.COM Aug 10 2017 22:53:00      Chase Bank Usa, Na,    Po Box 15298,
                  Wilmington, DE 19850-5298
516545349        +EDI: RCSDELL.COM Aug 10 2017 22:53:00     Cit Bank/dfs,    12234 N Ih 35 Sb Bldg B,
                  Austin, TX 78753-1725
516545350        +EDI: CITICORP.COM Aug 10 2017 22:53:00     Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516545353        +EDI: RCSFNBMARIN.COM Aug 10 2017 22:53:00     Credit One Bank,    Po Box 98875,
                  Las Vegas, NV 89193-8875
516545354        +EDI: CRESCENTBANK.COM Aug 10 2017 22:53:00     Crescent B&t,    1100 Poydras St,
                  New Orleans, LA 70163-1101
516545356         EDI: DISCOVER.COM Aug 10 2017 22:53:00     Discover Fin,    Pob 15316,    Wilmington, DE  19850
516545357        +EDI: DISCOVER.COM Aug 10 2017 22:53:00     Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
516545359        +EDI: CHASE.COM Aug 10 2017 22:53:00      First Usa,    800 Brooksedge Blv,
                  Westerville, OH 43081-2822
516545362        +EDI: RMSC.COM Aug 10 2017 22:53:00       Gemb/6th Ave Elec,    Po Box 981439,
                  El Paso, TX 79998-1439
516545363         EDI: RMSC.COM Aug 10 2017 22:53:00       Gemb/jcp,    Po Box 984100,    El Paso, TX  79998
516545364         EDI: RMSC.COM Aug 10 2017 22:53:00       Gemb/lowes,    Po Box 103065,    Roswell, GA  30076
516545365        +EDI: RMSC.COM Aug 10 2017 22:53:00       Gemb/sams Club,    Po Box 981400,
                  El Paso, TX 79998-1400
516545366        +EDI: RMSC.COM Aug 10 2017 22:53:00       Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
516545367        +EDI: GMACFS.COM Aug 10 2017 22:53:00     Gmac,    Po Box 380901,    Bloomington, MN 55438-0901
516545373         EDI: HFC.COM Aug 10 2017 22:53:00        Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE  19850
516545371        +EDI: HFC.COM Aug 10 2017 22:53:00        Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
516545372         EDI: HFC.COM Aug 10 2017 22:53:00        Hsbc/Best Buy,    Po Box 17298,
                  Baltimore, MD  21297-1298
516545374        +EDI: HFC.COM Aug 10 2017 22:53:00        Hsbc/bstby,    1405 Foulk Road,
                  Wilmington, DE 19803-2769
516545375        +EDI: HFC.COM Aug 10 2017 22:53:00        Hsbc/kmart,    1405 Foulk Rd.,    Wilmington, DE 19803-2769
516545377        +EDI: CBSKOHLS.COM Aug 10 2017 22:53:00     Kohls/chase,    N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
516613393         EDI: RESURGENT.COM Aug 10 2017 22:53:00     LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
516545378         EDI: TSYS2.COM Aug 10 2017 22:53:00      Macys,    Po Box 183083,    Columbus, OH  43218-3083
516545380        +EDI: TSYS2.COM Aug 10 2017 22:53:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516808334         EDI: PRA.COM Aug 10 2017 22:53:00       Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                   POB 41067,    Norfolk VA 23541
516807407         EDI: PRA.COM Aug 10 2017 22:53:00       Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516807226         EDI: PRA.COM Aug 10 2017 22:53:00       Portfolio Recovery Associates, LLC,    c/o Sears Card,
                   POB 41067,    Norfolk VA 23541
516808357         EDI: PRA.COM Aug 10 2017 22:53:00       Portfolio Recovery Associates, LLC,
                  c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516545386         EDI: CHASE.COM Aug 10 2017 22:53:00      Providian,    Pob 9023,    Pleasanton, CA  94566
516789739         E-mail/Text: bkdepartment@rtresolutions.com Aug 10 2017 23:09:36
                   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
516545389         EDI: SEARS.COM Aug 10 2017 22:53:00      Sears,    Po Box 183081,    Columbus, OH  43218-3081
516545391        +EDI: SEARS.COM Aug 10 2017 22:53:00      Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
516545390        +EDI: SEARS.COM Aug 10 2017 22:53:00      Sears/cbsd,    701 East 60th St N Po Box 6241,
                  Sioux Falls, SD 57117-6241
516545395         EDI: TFSR.COM Aug 10 2017 22:53:00       Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ  07054
516545394        +EDI: CITICORP.COM Aug 10 2017 22:53:00     Thd/cbsd,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
516545398        +EDI: CHASE.COM Aug 10 2017 22:53:00      Washington Mutual Home,    324 W Evans St,
                  Florence, SC 29501-3430
516545399        +EDI: WFNNB.COM Aug 10 2017 22:53:00      Wfnnb/new York & Compa,    220 W Schrock Rd,
                  Westerville, OH 43081-2873
516545376         E-mail/Text: ebnsterling@weltman.com Aug 10 2017 23:09:07     kay jewelers,    PO Box 740425,
                  Cincinnati, OH  45274-0425
516545385         EDI: RMSC.COM Aug 10 2017 22:53:00       pc richards/synch bank,    PO Box 960061,
                  Orlando, FL  32896-0061
516545388         EDI: RMSC.COM Aug 10 2017 22:53:00       r us credit card/syncb,    PO Box 530938,
                  Atlanta, GA  30353-0938
                                                                                              TOTAL: 62

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 3 of 3                Date Rcvd: Aug 10, 2017
                              Form ID: 148             Total Noticed: 91
```

```
516545351*     +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
516807753*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,
                 POB 41067,   Norfolk VA 23541)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the Certificateholders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               2005-04, Mortgage Pass-Through Certificates, Series 20 bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Debtor Nataliya  Gromov defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the
               Certificateholders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               nj_ecf_notices@buckleymadole.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```