Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                          Case No.:  16–33667–MBK
                                          Chapter:  13
                                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nataliya Gromov
   aka Natalie Gromov, aka Natalie Yurkina,
   aka Natasha Yurkina, aka Natasha Gromov
   7 Lakeview Drive
   Spotswood, NJ 08884

Social Security No.:
   xxx–xx–7318

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 3, 2017</u>                <u>Michael B. Kaplan</u>
                                                        Judge, United States Bankruptcy Court